IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| WELLS FARGO BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR SECURITIZED ASSET BACKED RECEIVABLES LLC TRUST 2005-FR1, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-FR1 | CASE NUMBER:1:12-cv-8560 |
| PLAINTIFF | |
| VS. | DISTRICT JUDGE: Ruben Castillo |
| LOLA E. FREIRE, ARROW FINANCIAL SERVICES AS ASSIGNEE OF WASHINGTON MUTUAL BANK, CITIFINANCIAL SERVICES, INC., | MAGISTRATE JUDGE: Maria Valdez |
| DEFENDANT(S). | |

**MOTION FOR JUDGMENT FOR FORECLOSURE AND SALE**

Plaintiff, by counsel, moves this Court for the entry of a Judgment for Foreclosure and Sale based on the pleadings of record with this Court.

                              Respectfully submitted,

                              __/s/ Julia M. Bochnowski_____
                              One of Plaintiff's Attorneys

Julia M. Bochnowski
Burke Costanza & Carberry LLP
Attorneys for Plaintiff
225 W. Washington St., Ste. 2200
Chicago, IL 60606
(219) 769-1313